IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02555-WYD-PAC

MARK H. WHITE,

    Plaintiff(s),

v.

GALE NORTON, Secretary, U.S. Department of the Interior,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
October 25, 2005

    Upon review of the motion and noting that plaintiff has not filed a response, IT IS HEREBY

    **ORDERED** that Defendant's Motion for Protective Order [filed August 22, 2005] is **granted**.  Plaintiff may depose Joann Hagan by submitting 25 written questions to her counsel no later than **November 11, 2005**.  It is further

    **ORDERED** that, in the future, defense counsel shall submit proposed orders as required by the Court's Electronic Filing Procedures, Section V.L.