IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02555-WYD-PAC

MARK H. WHITE,

    Plaintiff(s),

v.

GALE NORTON, Secretary, U.S. Department of the Interior,

    Defendant(s).

---

ORDER

---

Patricia A. Coan, United States Magistrate Judge

    Defendant filed a Motion for Summary Judgment on October 27, 2005. On December 19, 2005, the *pro se* plaintiff filed his Affidavit Explaining Why a Ruling on Defendant's Motion for Summary Judgment Should be Postponed [Doc. No. 16]. The Clerk has construed the Affidavit as plaintiff's motion for extension of time to file his response to the summary judgment motion after completion of discovery [Doc. No. 18].

    Plaintiff states in his Affidavit that witness Joann Hagan's responses to his interrogatories are essential to his summary judgment response. Defendant does not object to plaintiff filing his response brief twenty days after receipt of defendant's responses to plaintiff's discovery responses. *See* Defendant's Response to Plaintiff's Affidavit . . . filed November 30, 2005.

    Defendant advised the court on January 9, 2006 that plaintiff received defendant's responses to plaintiff's interrogatories directed to Ms. Hagan on December 12, 2005. Plaintiff did not object to the discovery response. Accordingly, it is

**HEREBY ORDERED** that plaintiff shall file his response to Defendant's Motion for Summary Judgment **on or before February 3, 2006.** It is

**FURTHER ORDERED** that the hearing set for **January 17, 2006 at 10:30 a.m.**, in Courtroom A501, is **VACATED**.

Dated January 10, 2006.

                                          BY THE COURT:

                                          s/ Patricia A. Coan
                                          PATRICIA A. COAN
                                          United States Magistrate Judge