IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02555-WYD-PAC

MARK H. WHITE,

     Plaintiff(s),

v.

GALE NORTON, Secretary, U.S. Department of the Interior,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Defendant's Motion to Vacate Pretrial Conference [filed August 28, 2006; Doc. No. 41] is **GRANTED** as follows:

     The Final Pretrial Conference set for August 30, 2006 is ***vacated.***

Dated:  August 29, 2006